IN the MATTER OF the CREATION OF the SUPREME COURT
GENDER EQUALITY COMMITTEE.

Supreme Court

*Filed June 8, 1993.*

(Also reported in — N.W.2d —.)

## *ORDER*

On October 13, 1992 the court held a public hear-
ing on the petition of the Honorable Susan Steingass,
chairperson of the Wisconsin Equal Justice Task Force,
and others seeking the creation of a supreme court
committee "charged with implementing, monitoring,
evaluating and reporting to the court on efforts to elim-
inate gender-related problems in the delivery of legal
services and opportunities for fair and accessible treat-
ment for all persons." That hearing was also held on
the related petitions of the Governor's Advisory Coun-
cil on Domestic Abuse and Madison Men's
Organization. The court has considered the presenta-
tions at that hearing and the written material filed in
the matter.

IT IS ORDERED that there is created the Supreme
Court Gender Equality Committee, charged with
assisting the Wisconsin court system, within the
bounds of the Supreme Court's administrative and
superintending authority, to eliminate bias on the
basis of gender and to achieve and promote gender
neutrality in the court system. Using as a starting
point some of the recommendations of the Equal Jus-

tice Task Force that address matters within the jurisdiction and authority of the courts, the Committee shall ascertain the extent to which the court system has undertaken efforts to eliminate bias on the basis of gender and achieve and promote gender neutrality and suggest and assist in actions to be taken by the court system to accomplish those purposes.

IT IS FURTHER ORDERED that the following persons are appointed to serve on the Supreme Court Gender Equality Committee:

| | |
|---|---|
| Honorable Thomas Cane | — Wausau |
| Honorable Patricia S. Curley | — Milwaukee |
| Honorable John B. Kerski | — Marinette |
| Attorney Maureen L. Kinney | — LaCrosse |
| Honorable Barbara A. Kluka | — Kenosha |
| Attorney Michael P. Lehner | — Princeton |
| Attorney Linda Swagger Maris | — Milwaukee |
| Gail Richardson, District Court Administrator | — Madison |
| Honorable Earl W. Schmidt | — Shawano |
| Honorable Judith M. Stern, Family Court Commissioner | — Elkhorn |
| Honorable Maxine A. White | — Milwaukee |

IT IS FURTHER ORDERED that the chair of the Committee shall be selected by its members and the organizational meeting of the Committee shall be called by the Chief Justice.

IT IS FURTHER ORDERED that the director of state courts shall arrange for the necessary staffing to the Committee.

IT IS FURTHER ORDERED that the Supreme Court Gender Equality Committee shall file with the court an

interim report on or before July 1, 1994 and a final report on or before July 1, 1995 of the actions taken by the court system, the actions suggested by the Gender Equality Committee and proposed plans and programs to eliminate bias on the basis of gender and achieve and promote gender neutrality in the court system.

Dated at Madison, Wisconsin, this 8th day of June, 1993.

BY THE COURT:

/s/ Marilyn L. Graves

———————

Marilyn L. Graves, Clerk

SHIRLEY S. ABRAHAMSON, J. (*concurring*). I strongly support the Court's decision to create the Supreme Court Gender Equality Committee. The committee's mandate ensures a flexibility that can only enhance the quality of the committee's work.

I would prefer, however, that the committee membership were expanded. While it is certainly beneficial to include, as we have done, wide representation from within the judicial system, I believe that the perspective of people outside the court family is also important. As we have done on other committees and as several other states have done in their gender equality implementation committees, I would directly involve the public, so that the people the legal system is designed to serve are at the table. I would also have placed on this committee people from business and the executive and legislative branches of government who have worked with the issue of gender bias and could have lent their expertise.

671

There will, however, be ample opportunity for interested persons to attend the committee's meetings and to follow and comment upon the process. My concern is thus somewhat ameliorated.

In short, although I would have proceeded a bit differently, I join the court in undertaking this endeavor.